JOHN C. MYERS, Respondent, *v.* THE SEA BEACH RAILWAY
COMPANY et al., Appellants.

*Myers* v. *Sea Beach Railway Co.,* 43 App. Div. 573, affirmed.
(Argued May 2, 1901; decided May 21, 1901.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
October 18, 1899, modifying and affirming as modified a
judgment in favor of plaintiff entered upon a verdict and an
order denying a motion for a new trial.

*John L. Wells* and *Henry H. Man* for appellants.

*James C. Church* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MAR-
TIN, VANN and WERNER, JJ.

———

ANTHONY H. LAWATSCH, Respondent, *v.* JOHN J. COONEY,
Appellant.

*Lawatsch* v. *Cooney,* 41 App. Div. 617, affirmed.
(Argued May 3, 1901; decided May 21, 1901.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered
May 9, 1899, affirming a judgment in favor of plaintiff entered
upon a verdict and an order denying a motion for a new trial.

*John J. Linson* and *George Van Etten* for appellant.

*John E. Van Etten* and *John G. Van Etten* for respondent.

Judgment affirmed, with costs, on the authority of *Szuchy*
v. *Hillside Coal & Iron Co.* (150 N. Y. 219); no opinion.
Concur: GRAY, BARTLETT, HAIGHT, MARTIN, VANN and
WERNER, JJ. Not voting: PARKER, Ch. J.